UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-21066-CIV-ALTONAGA/White

**RENIER HERRERA**,

    Movant,

vs.

**UNITED STATES OF AMERICA**,

    Respondent.

_____/

## ORDER

In this proceeding, Movant, Renier. Herrera filed a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custocy [D.E. 1], raising four claims for relief. Pursuant to Administrative Order 2003-19, this case was referred to Magistrate Judge Patrick A. White for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters. (*See* [D.E. 3]). On March 1, 2010, Judge White entered a Report of Magistrate Judge Recommending That Motion Be Granted ("Report") [D.E. 15] as to one of Mr. Herrera's four claims. Neither party has filed an objection to the Report, although the Court notes that Mr. Herrera, refused delivery of mail containing a copy of the Report. (*See* [D.E. 16]). The Court has carefully reviewed the Report and the applicable law and has reviewed the record *de novo*. Based on this review, the undersigned is in full agreement with the Report. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report is **ACCEPTED IN WHOLE**. Mr. Herrera's Motion [D.E. 1] is GRANTED in part and DENIED in part. By separate order in his

Case No. 09-21066-Civ-Altonaga/White

criminal case, Mr. Herrera will be scheduled for a re-sentencing hearing. The Clerk is instructed to mark this case as **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 18th day of March, 2010.

*Cecilia M. Altonaga*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record