06-20648-CR
A Honaga

June 10, 2010

Dear Judge Cecilia Altonaga,

I would first of all like to thank you for taking the time to read this.

As you are aware, the process of my going to trial was not my intentions. When I was taken to trial by my public defender, I was against the idea even asking if I could hire a private attorney. Unfortunately, that did not work out and as a result I ended up with a court appointed attorney, Mr. Thomas Risary. Mr. Risary influenced me into going to trial and has done a great job as my attorney, regardless of the outcome of my trial. It was never my intentions to waste the courts time and definitely not yours. I, unfortunately, ended up in a trial that I should not have been in.

I understand, Your Honor, that during my sentencing you were very fair with me, which brings me to a dificult place today because I am respectfully asking for additional consideration from you regarding, now, my re-sentencing.

As a result of my previous lifestyle, I have brought great pain to my wife and my four children, in addition to others in my family. My oldest, a 15 year old son, was being cared for by my mother, which suffered a stroke, as you are aware, and as a result recently passed away. My brother was no longer able to care for my son and ultimately ended up in foster care. Currently he is being cared for by his ex-stepfather and is a great student. However, he is feeling the pressures of not having his own father around him by no fault of his own. For the first time, I now have been incarcerated and in that time I have learned a lot about my previous lifestyle and the long term consequences it will have on my children, especially my 15 year old son. I feel like I can now be an asset in his life. I can help him stay in school and not have to drop out in search for work to help his ex-stepfather. Eventually he will be an asset to his community staying away from the paths which I walked. I know that no matter what sentence I receive, I will always be indebted to my family and to Your Honor, this court and my community.

Every day that I spend behind bars, I am taken further away from my children which they so desperately need me. It is, in addition, taking the life right out of me.

I am very regretful of my crimes and regretful of the path that I was on as well as regretful for the pain that I have caused.

I, respectfully and sincerely, ask, Your Honor, for your additional consideration and leniency regarding my re-sentencing.

Thank you, again, for your consideration.

Sincerely,

Renier Herrera